March 27, 2009

Mr. Mark Lapidus
Burck Lapidus & Lanza, P.C.
5177 Richmond, Suite 850
Houston, TX 77056
Mr. Jay B. Goss
Bruchez Goss Thornton Meronoff & Hawthorne
4343 Carter Creek Parkway, Suite 100
Bryan, TX 77802

RE: Case Number: 08-0073
 Court of Appeals Number: 10-06-00263-CV
 Trial Court Number: 05000341-CV-272

Style: PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY
 v.
 REGAN KELLEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Marc Hamlin |
| |Ms. Sharri |
| |Roessler |